**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SONIX CARRIERS, INC.,

                    Plaintiff,

    -against-                                        23 **CIVIL** 7741 (LTS)

                                                             **JUDGMENT**

SVES LLC, SVES APPAREL LLC, and SVES
GO LLC,

                    Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 21, 2024, the Motion for Leave to File a Sur-Reply is denied, and the Motion to Dismiss the Complaint is granted. Judgment is entered dismissing the Complaint without prejudice, for lack of subject matter jurisdiction.

**Dated:** New York, New York

      May 21, 2024

                                                                 **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                                 **BY:**            *K. Mango*

                                                                   **Deputy Clerk**